**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-1(b)

Ronald S. Gellert (No 019321997)
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Phone : (302) 425-5800
Fax: (302) 425-5814
Email: rgellert@gsbblaw.com

Order Filed on February 23, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jeffrey M. Jones,

Debtors

Case No.: 19-13219-JNP
Judge: JNP
Hearing Date(s): 2-23-2021 at 11:00 a.m.
Chapter: 13

Recommended Local Form    ☒ Followed    ☐ Modified

### ORDER RESOLVING MOTION TO VACATE STAY
### AND/OR MOTION TO DISMISS
### WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: February 23, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

| | |
|---|---|
| Applicant: | KeyBank, N.A. |
| Applicant's Counsel: | Ronald S. Gellert |
| Debtor's Counsel: | Joseph J. Rodgers |
| Property Involved ("Collateral"): | 2012 Subaru Outback (VIN 4S4BRBCCXC1242384) |

Relief sought:  ☒ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

   ☐ The Debtor is overdue for _____ months, from _____ to _____.

   ☐ The Debtor is overdue for _____ payments at $_____ per month.

   ☐ The Debtor is assessed for _____ late charges at $_____ per month.

   ☒ Applicant acknowledges receipt of funds in the amount of $ 600.00 received after the motion was filed.

   Total Arrearages Due $ 1,467.95 .

2. Debtor must cure all post-petition arrearages, as follows:

   ☒ Immediate payment shall be made in the amount of $ 867.95 . Payment shall be made no later than February 19, 2021 .

   ☐ Beginning on _____, regular monthly mortgage payments shall continue to be made in the amount of $_____.

   ☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

2

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan. The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3.  Payments to the Secured Creditor shall be made to the following address(es):

    ☒  Immediate payment:        same

    ☒  Regular monthly payment:  same

    ☒  Monthly cure payment:     same

4.  In the event of Default:

    ☒  If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification of Default specifying the Debtor's failure to comply with this Order. At the time the Certification of Default is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

    ☒  If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

3

5.  Award of Attorneys' Fees:

   ☐ The Applicant is awarded attorneys fees of $_____, and costs of $_____.

   The fees and costs are payable:

   ☐ through the Chapter 13 plan.

   ☐ to the Secured Creditor within _____ days.

   ☒ Attorneys' fees are not awarded.

*Consent to entry of the above order:*

*Barbara J. Snavely*
*Barbara J. Snavely, Esquire*
*Law Office of Joseph J. Rogers*
*Attorneys for Debtor Jeffrey Jones*

rev 8/1/15

4

United States Bankruptcy Court

District of New Jersey

In re:  
Jeffrey M Jones  
  Debtor

Case No. 19-13219-JNP  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2  
Date Rcvd: Feb 23, 2021    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey M Jones, 1742 Springfield Ave., Pennsauken, NJ 08110-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Medallion Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Jeffrey M Jones jjresq@comcast.net  jjrogers0507@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Medallion Bank rsolarz@kmllawgroup.com |
| Ronald S. Gellert | on behalf of Creditor KeyBank N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Feb 23, 2021 | Form ID: pdf903 | Total Noticed: 1

U.S. Trustee
                      USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7