Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–13219–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Jeffrey M Jones
    1742 Springfield Ave.
    Pennsauken, NJ 08110

Social Security No.:
    xxx–xx–3917

Employer's Tax I.D. No.:

## NOTICE OF HEARING

    NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            June 1, 2021
Time:            11:00 AM
Location:    4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*45* – Certification in Opposition to Certification of default (related document:44 Creditor's Certification of Default (related document:34 Motion for Relief from Stay re: 2012 Subaru Outback. Fee Amount $ 188. filed by Creditor KeyBank, N.A., 38 Consent Order filed by Creditor KeyBank, N.A.) filed by Ronald S. Gellert on behalf of KeyBank, N.A.. Objection deadline is 05/12/2021. (Attachments: # 1 Certification of Default # 2 Exhibit A # 3 Exhibit B # 4 Proposed Order # 5 Certificate of Service) filed by Creditor KeyBank, N.A.) filed by Joseph J. Rogers on behalf of Jeffrey M Jones. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: May 3, 2021
JAN: kaj

                                                    Jeanne Naughton
                                                    Clerk