

Order Filed on June 7, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Brian E. Caine, Esq.<br>**PARKER McCAY P.A.**<br>9000 Midlantic Drive, Suite 300<br>P.O. Box 5054<br>Mount Laurel, New Jersey  08054<br>(856) 985-4059<br>Attorneys for Pennsauken Township |
| In Re:<br><br>Jeffrey M Jones |

CASE NO.  19-13219-JNP
Chapter:  13
Hearing: May 18, 2021
Judge:  Jerrold N. Poslusny Jr.

## ORDER RESOLVING PENNSAUKEN TOWNSHIP'S
## MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 7, 2021**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Jeffrey M Jones
Case No: 19-13219-JNP
Caption of Order: Order Resolving Pennsauken Township's Motion for Relief from Stay and Co-Debtor Stay

---

Upon consideration of Pennsauken Township's application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay and section 1301 co-debtor stay as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. The post-petition tax delinquency to Pennsauken Township is **$12,253.21** as of May 17, 2021.

2. The Debtor will cure the arrears of $12,253.21 as follows:

    a) The Debtor will make an immediate payment in the amount of $5,000.00.

    b) The Debtor will cure the remaining post-petition arrears of $7,253.21 by make payments to the Pennsauken Township tax collector in the amount of $1,208.87 each month commencing June 1, 2021 to October 1, 2021, and then will cure the remaining arrears by November 1, 2021 (which amount includes accrued interest).

3. The Debtor will timely make the 3rd quarter 2021 tax payment due August 1, 2021 and also timely make the 4th quarter 2021 tax payment due November 1, 2021.

4. The Debtor shall bring the tax payments to Pennsauken Township current by November 1, 2021.

5. Commencing with the 1st quarter 2022 tax payment (due February 1, 2022), and continuing each quarter thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Pennsauken Township as same become due.

6. Debtor shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $628.00 for attorney's fees and costs ($440.00 + $188.00) incurred by Movant in the prosecution of its application for relief from stay.

7. **Thirty-Day Default Clause:**   If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Pennsauken Township for more than (30) days from the due date, then upon Certification of Default of said payments in accordance herewith submitted by secured creditor's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) and §1301 co-debtor stay with respect to the realty commonly known as 1742 Springfield Ave, Pennsauken, NJ 08110 (Lot 17, Block 711 – Pennsauken Township).