| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Brian E. Caine, Esq.<br>**PARKER McCAY P.A.**<br>9000 Midlantic Drive, Suite 300<br>P.O. Box 5054<br>Mount Laurel, New Jersey  08054<br>(856) 985-4059<br>Attorneys for Pennsauken Township | Order Filed on June 7, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>Jeffrey M Jones | CASE NO.  19-13219-JNP<br>Chapter:  13<br>Hearing: May 18, 2021<br>Judge:  Jerrold N. Poslusny Jr. |

### ORDER RESOLVING PENNSAUKEN TOWNSHIP'S
### MOTION FOR RELIEF FROM STAY AND CO-DEBTOR STAY

The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED**.

**DATED: June 7, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Jeffrey M Jones
Case No: 19-13219-JNP
Caption of Order: Order Resolving Pennsauken Township's Motion for Relief from Stay and Co-Debtor Stay

---

Upon consideration of Pennsauken Township's application for an order, pursuant to section 362(d) of the Bankruptcy Code, for relief from the automatic stay and section 1301 co-debtor stay as to certain real property as hereinafter set forth, and the Court noting the consent of the parties to the form, substance and entry of the within Order; and for cause shown, it is hereby;

**ORDERED** as follows:

1. The post-petition tax delinquency to Pennsauken Township is **$12,253.21** as of May 17, 2021.

2. The Debtor will cure the arrears of $12,253.21 as follows:

    a) The Debtor will make an immediate payment in the amount of $5,000.00.

    b) The Debtor will cure the remaining post-petition arrears of $7,253.21 by make payments to the Pennsauken Township tax collector in the amount of $1,208.87 each month commencing June 1, 2021 to October 1, 2021, and then will cure the remaining arrears by November 1, 2021 (which amount includes accrued interest).

3. The Debtor will timely make the 3rd quarter 2021 tax payment due August 1, 2021 and also timely make the 4th quarter 2021 tax payment due November 1, 2021.

4. The Debtor shall bring the tax payments to Pennsauken Township current by November 1, 2021.

5. Commencing with the 1st quarter 2022 tax payment (due February 1, 2022), and continuing each quarter thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Pennsauken Township as same become due.

**(Page 3)**
Debtor:  Jeffrey M Jones
Case No:  19-13219-JNP
Caption of Order:  Order Resolving Pennsauken Township's Motion for Relief from Stay and Co-Debtor Stay

---

6.    Debtor shall reimburse Movant through their Chapter 13 Plan of Reorganization, as an administrative claim, the sum of $628.00 for attorney's fees and costs ($440.00 + $188.00) incurred by Movant in the prosecution of its application for relief from stay.

7.    **Thirty-Day Default Clause:**   If the Debtor should default and fail to make the payments stated herein or any future payments that come due during the pendency of this case to Pennsauken Township for more than (30) days from the due date, then upon Certification of Default of said payments in accordance herewith submitted by secured creditor's counsel, and under the timeframe providing for any opposition filed under LBR 4001-1(b)(2), the Court shall enter a General Relief Order, vacating the automatic stay of 11 *U.S.C.* §362(a) and §1301 co-debtor stay with respect to the realty commonly known as 1742 Springfield Ave, Pennsauken, NJ 08110 (Lot 17, Block 711 – Pennsauken Township).

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 19-13219-JNP
Jeffrey M Jones  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jun 07, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey M Jones, 1742 Springfield Ave., Pennsauken, NJ 08110-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 09, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Pennsauken Township bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Medallion Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Jeffrey M Jones jjresq@comcast.net jjrogers0507@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Medallion Bank rsolarz@kmllawgroup.com |

District/off: 0312-1 | User: admin | Page 2 of 2
Date Rcvd: Jun 07, 2021 | Form ID: pdf903 | Total Noticed: 1

Ronald S. Gellert
    on behalf of Creditor KeyBank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8