**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with N.J.N. JBR 9004-2(c)
Ronald Gellert (No. 019321997)
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, DE  19801
Phone: (302) 425-5800
Fax: 302-425-5814
Email: rgellert@gsbblaw.com

*Counsel to KeyBank, N.A.*

Order Filed on July 15, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Jeffrey M. Jones,

        Debtor.

Chapter 13

Case No. 19-13219-JNP

## AMENDED CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The consent order set forth on the following pages, numbered (2) through (2) is hereby ORDERED.

**DATED: July 15, 2021**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the Certification of Default having been brought before the Court by Citizens Bank, NA ("Creditor") and the Debtor's objection thereto with respect to 2012 Subaru Outback with vehicle identification number 4S4BRBCCXC1242384 (the "Vehicle") and the parties having subsequently resolved their differences; and the Court noting the consent of the parties to the form and substance and entry within the Order; it is HEREBY ORDERED:

1. The Creditor has agreed to accept payment of arrears in the amount of $718.38 in order to resolve the Certification of Default.

2. Should Debtor default on his payments at any time in the future, Debtor shall be entitled to move forward with obtaining relief from stay as set forth in the attached Consent Order, and Creditor shall be responsible for paying attorneys' fees directly to Creditor in the amount of $200.00 for the filing of any further Certifications of Default.

*I consent to the terms above.*
*Barbara J. Snavely*
*Barbara J. Snavely, Esquire*
*Law Office of Joseph I. Rogers*
*Attorneys for Debtors*

_____
Ronald S. Gellert

United States Bankruptcy Court
District of New Jersey

In re:     Case No. 19-13219-JNP
Jeffrey M Jones     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2
Date Rcvd: Jul 15, 2021     Form ID: pdf903     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey M Jones, 1742 Springfield Ave., Pennsauken, NJ 08110-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 17, 2021     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Pennsauken Township bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Medallion Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Jeffrey M Jones jjresq@comcast.net jjrogers0507@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Medallion Bank rsolarz@kmllawgroup.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

Ronald S. Gellert
    on behalf of Creditor KeyBank N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8