UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with N.J.N. JBR 9004-2(c)

Ronald Gellert (No. 019321997)

Gellert Scali Busenkell & Brown, LLC

1201 North Orange Street

Suite 300

Wilmington, DE 19801

Phone: (302) 425-5800

Fax: 302-425-5814

Email: rgellert@gsbblaw.com

*Counsel to KeyBank, N.A.*

|  |  |
|---|---|
| In re: | Chapter 13 |
| Jeffrey M. Jones, | Case No. 19-13219-JNP |
| Debtor. |  |

Order Filed on July 19, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

### SECOND AMENDED CONSENT ORDER RESOLVING CERTIFICATION OF DEFAULT

The consent order set forth on the following pages, numbered (2) through (2) is hereby

ORDERED.

DATED: July 19, 2021

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon consideration of the Certification of Default having been brought before the Court by

KeyBank, N.A. ("Creditor") and the Debtor's objection thereto with respect to 2012 Subaru

Outback with vehicle identification number 4S4BRBCCXC1242384 (the "Vehicle") and the

parties having subsequently resolved their differences; and the Court noting the consent of the

parties to the form and substance and entry within the Order; it is HEREBY ORDERED:

1.    The Creditor has agreed to accept payment of arrears in the amount of $718.38 in

order to resolve the Certification of Default.

2.    Should Debtor default on his payments at any time in the future, Creditor shall be

entitled to move forward with obtaining relief from stay, and Debtor shall be responsible for paying

attorneys' fees directly to Creditor in the amount of $200.00 for the filing of any further

Certifications of Default.


Barbara J. Snavely, Esquire
Law Office of Joseph J. Rogers
Washington Professional Campus Suite 1-4
900 Route 168
Turnersville, NJ 08012
Counsel to Debtor

/s/ Ronald Gellert
Ronald Gellert, Esquire (No. 019321997)
Gellert Scali Busenkell & Brown, LLC
1201 North Orange Street
Suite 300
Wilmington, DE  19801
Counsel to KeyBank, N.A.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                           Case No. 19-13219-JNP

Jeffrey M Jones                                                                      Chapter 13

     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 19, 2021 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey M Jones, 1742 Springfield Ave., Pennsauken, NJ 08110-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 21, 2021                Signature:      /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 19, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Pennsauken Township bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Medallion Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Jeffrey M Jones jjresq@comcast.net  jjrogers0507@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Medallion Bank rsolarz@kmllawgroup.com |

District/off: 0312-1                              User: admin                                    Page 2 of 2

Date Rcvd: Jul 19, 2021                          Form ID: pdf903                               Total Noticed: 1

Ronald S. Gellert
                    on behalf of Creditor KeyBank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8