Form 173 – hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19–13219–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey M Jones
   1742 Springfield Ave.
   Pennsauken, NJ 08110

Social Security No.:
   xxx–xx–3917

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            August 31, 2021
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*63* – Certification in Opposition to (related document:62 Creditor's Certification of Default (related document:43 Motion for Relief from Stay re: 1742 Springfield Ave, Pennsauken Township, NJ, 08110, Lot 17, Block 711. Fee Amount $ 188. filed by Creditor Pennsauken Township, Motion for Relief from Co–Debtor Stay of Kim Jones, 51 Order on Motion For Relief From Stay, Order on Motion For Relief From Co–Debtor Stay) filed by Brian E Caine on behalf of Pennsauken Township. Objection deadline is 08/16/2021. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Pennsauken Township) filed by Joseph J. Rogers on behalf of Jeffrey M Jones. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: August 11, 2021
JAN: kaj

                                                                 Jeanne Naughton
                                                                 Clerk