Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 19−13219−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jeffrey M Jones
   1742 Springfield Ave.
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−3917

Employer's Tax I.D. No.:

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:            August 31, 2021
Time:            11:00 AM
Location:        4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*63* − Certification in Opposition to (related document:62 Creditor's Certification of Default (related document:43 Motion for Relief from Stay re: 1742 Springfield Ave, Pennsauken Township, NJ, 08110, Lot 17, Block 711. Fee Amount $ 188. filed by Creditor Pennsauken Township, Motion for Relief from Co−Debtor Stay of Kim Jones, 51 Order on Motion For Relief From Stay, Order on Motion For Relief From Co−Debtor Stay) filed by Brian E Caine on behalf of Pennsauken Township. Objection deadline is 08/16/2021. (Attachments: # 1 Exhibit filed order # 2 Proposed Order # 3 Certificate of Service) filed by Creditor Pennsauken Township) filed by Joseph J. Rogers on behalf of Jeffrey M Jones. (Rogers, Joseph)

and transact such other business as may properly come before the meeting.


Dated: August 11, 2021
JAN: kaj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 19-13219-JNP |
| Jeffrey M Jones | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Aug 11, 2021 | Form ID: 173 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey M Jones, 1742 Springfield Ave., Pennsauken, NJ 08110-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 13, 2021        Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian E Caine | on behalf of Creditor Pennsauken Township bcaine@parkermccay.com BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Medallion Bank dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Joseph J. Rogers | on behalf of Debtor Jeffrey M Jones jjresq@comcast.net jjrogers0507@gmail.com |
| Rebecca Ann Solarz | on behalf of Creditor Medallion Bank rsolarz@kmllawgroup.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Aug 11, 2021 | Form ID: 173 | Total Noticed: 1 |

Ronald S. Gellert
    on behalf of Creditor KeyBank N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 8