| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>District of New Jersey |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Isabel C. Balboa, Esq.<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002-2977<br>(856) 663-5002 |
| In re:<br><br>JEFFREY M. JONES |

Case No.: 19-13219-JNP

Chapter: 13

Hearing Date: 08/18/2023  10:00:00AM

Judge:  Jerrold N. Poslusny Jr.

## CERTIFICATION CONCERNING ORDER TO BE SUBMITTED

I, <u>Isabel C. Balboa</u>, certify that with respect to the order submitted to the court, the following is true and correct to the best of my knowledge.

☐ The proposed order comports with the Court's ruling, and all interested parties have reviewed the proposed order and consent to its entry.

OR

☒ The parties have resolved this matter, and all interested parties have reviewed the proposed order and consent to its entry.

The matter captioned <u>Trustee's Certification of Default</u> filed on <u>08/18/2023</u> was marked "order to be submitted," and

The parties to the proposed order have been served. Their name and relationship to the case are:

| NAME | RELATIONSHIP TO CASE |
|---|---|
| JEFFREY M. JONES | ☒ Trustee |
|  | ☐ U.S. Trustee |
| BARBARA J. SNAVELY, ESQUIRE |  |
|  |  |
|  |  |

I certify under penalty of perjury that the foregoing is true.

Date: 8/18/2023                              /s/ Isabel C. Balboa
                                                          Signature

2