UNITED STATES BANKRUTPCY COURT
DISTRICT OF NEW JERSEY

OFFICE OF THE CHAPTER 13 STANDING TRUSTEE

Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002
(856) 663-5002

**Order Filed on August 21, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

ISABEL C. BALBOA

In Re:

    JEFFREY M. JONES

| | |
|---|---|
| Case No: | 19-13219-JNP |
| Hearing Date: | 8/18/2023 |
| Judge: | Jerrold N. Poslusny Jr. |
| Chapter: | 13 |

| | | | | |
|---|---|---|---|---|
| Recommended Local Form: | ☐ | Followed | ☒ | Modified |

## ORDER REGARDING CHAPTER 13 STANDING TRUSTEE'S MOTION TO DISMISS OR CERTIFICATION OF DEFAULT

The relief set forth on the following pages number two (2) through three (3) is hereby **ORDERED**.

**DATED: August 21, 2023**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

IS_CHH_5001_OTBS

The Court having considered the motion or certification of Isabel C. Balboa, Chapter 13 Standing Trustee, and any objections filed, it is hereby

ORDERED that:

☐    The debtor(s)' case is hereby DISMISSED

☒    The debtor(s)' plan is allowed to continue at the regular monthly payment of $698.00 for a period of 6 months. If the debtor(s) should fail to make any future Chapter 13 plan payment for a period of more than thirty (30) consecutive days, the Trustee shall file a Certification of Default with notice of said Certification to the debtor(s) and debtor(s)' attorney, if any, and the court shall enter an Order dismissing the debtor(s)' case.

☐    An Order to Employer to pay the Chapter 13 Trustee shall be prepared and filed with the Court by the debtor(s) or debtor(s)' attorney, if any, within thirty (30) days from the date of this Order.

☒    Other:

   ☒    IT IS FURTHER ORDERED that, pursuant to 11 U.S.C. § 349(b), this Court for cause retains jurisdiction over any additional application filed within 30 days by any administrative claimant for funds on hand with the Chapter 13 Standing Trustee.

   ☒    IT IS FURTHER ORDERED that the debtor(s)' case is allow to continue with the arrears being capitalized throught the debtor(s)' plan, and the plan shall continue at $50,874.00 which represents total receipts applied to plan.

2

IS_CHH_5001_OTBS

☐   IT IS FURTHER ORDERED that the debtor(s)' case is allowed to

continue with a lump sum payment of _____ due within __ days from

the date of this Order.

☐   IT IS FURTHER ORDERERED that if the debtor(s)' instant Chapter 13 case is dismissed,

such dismissal shall be with prejudice and the debtor(s) shall be barred from filing for

Chapter 13 bankruptcy protection for a period of __ from the date of dismissal of debtor(s)'

case.

☐   IT IS FURTHER ORDERED that the debtor(s)' case is allowed to continue with tier

payments of

☐   This order incorporates a fee application for debtor(s)' attorney in the

amount of _____ pending Court approval.

☐   A status hearing shall be held on _____.

3

United States Bankruptcy Court

District of New Jersey

In re:

Jeffrey M Jones

    Debtor

Case No. 19-13219-JNP

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Aug 21, 2023 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**       **Definition**

+       Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Jeffrey M Jones, 1742 Springfield Ave., Pennsauken, NJ 08110-2857 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2023        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 21, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Barbara J. Snavely | on behalf of Debtor Jeffrey M Jones jjresq1@comcast.net |
| Brian E Caine | on behalf of Creditor Pennsauken Township bcaine@parkermccay.com  BKcourtnotices@parkermccay.com |
| Denise E. Carlon | on behalf of Creditor Medallion Bank dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Rebecca Ann Solarz | on behalf of Creditor Medallion Bank rsolarz@kmllawgroup.com |

District/off: 0312-1                                    User: admin                                    Page 2 of 2
Date Rcvd: Aug 21, 2023                                Form ID: pdf903                              Total Noticed: 1

Ronald S. Gellert
                    on behalf of Creditor KeyBank  N.A. rgellert@gsbblaw.com, abrown@gsbblaw.com

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 8